IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00755-BNB

STEVE APODACA,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS, Executive Director of CDOC,
SUSAN JONES, CDOC Warden, CSP,
WILLIAM CLASPELL, Investigator for Inspector General's Office, CDOC,
DR. PEGGY STEELE, CDOC Mental Health Therapist,
DR. JOSEPH W. WRIGHT, CDOC Medical Doctor,
DR. JAMES MICHAUD, Chief of Mental Health, CODC, and
JAMES A. OLSON, Case Manager III, CDOC,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's July 1, 2010, request for clarification of the June 15, 2010, order (docket no. 15) requiring him to file an amended complaint is GRANTED. The June 15 order directs Plaintiff to file one, legible copy of an amended complaint on the Court-approved form that replaces the complaint he originally filed and that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure and with the Court's local rules of practice. The Court may not advise Plaintiff who to sue or otherwise provide Plaintiff with legal advice. To the extent Plaintiff again is requesting the appointment of counsel to represent him, the request is DENIED.

    Plaintiff's July 1 request for an extension of time to file the amended complaint is GRANTED. Plaintiff will be allowed **thirty (30) days from the date of this minute order** in which to submit an amended complaint that complies with the June 15 order. Failure to do so within the time allowed will result in the dismissal of the instant action.

Dated: July 2, 2010