IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00755-BNB

STEVE APODACA,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS, Executive Director of CDOC,
SUSAN JONES, CDOC Warden, CSP,
WILLIAM CLASPELL, Investigator for Inspector General's Office, CDOC,
DR. PEGGY STEELE, CDOC Mental Health Therapist,
DR. JOSEPH W. WRIGHT, CDOC Medical Doctor,
DR. JAMES MICHAUD, Chief of Mental Health, CODC, and
JAMES A. OLSON, Case Manager III, CDOC,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    The motion titled "Motion Requesting This Court to Direct the Clerk of Court to Send Back Plaintiff's Amended Prisoner's Complaint Filed on August 1, 2010," that Plaintiff filed on August 11, 2010, is **DENIED**. Mr. Apodaca is advised that he should not submit to the Court any documents he may want copies of because the Court's electronic filing system does not allow the Court to maintain paper copies. Mr. Apodaca may obtain copies of the electronic documents filed in this action at a cost of fifty cents per page, to be paid in advance.

    In response to the June 15, 2010, order for an amended complaint, Plaintiff has filed amended complaints on July 28, 2010, and August 4, 2010. On August 11, 2010, Plaintiff filed a motion titled "Motion Requesting to Amend Prisoner's Complaint and for This Court to Clarify Whether Plaintiff Is in Compliance With This Court's Order of June 15, 2010." The motion will be **GRANTED** only to the extent that Plaintiff requests another opportunity to file an amended complaint. Plaintiff will be given one last opportunity to file a third and final amended complaint that complies with the directives of the June 15 order. **No further requests to file an amended complaint will be granted.** It is Plaintiff's responsibility to determine whether he has complied with the June 15 order.

The clerk of the Court is directed to send to Plaintiff, together with a copy of this minute order, a copy of the Prisoner Complaint form for Plaintiff to use in filing his third and final amended complaint. Plaintiff will be allowed **thirty (30) days from the date of this minute order** in which to file a third and final amended complaint that complies with the directives of the June 15 order. Failure to do so within the time allowed will result in the dismissal of the instant action. **This is the final extension of time Plaintiff will be granted.**

If Mr. Apodaca fails to file a third and final amended complaint within the time allowed, the Court will address the amended complaint he filed on August 11.

Dated: August 12, 2010