IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00755-PAB

STEVE APODACA,

        Plaintiff,

v.

ARISTEDES W. ZAVARAS, Executive Director of CDOC,
SUSAN JONES, CDOC Warden, C.S.P.,
WILLIAM CLASPELL, Investigator for Inspector General's Office, CDOC,
DR. PEGGY STEELE, CDOC Mental Health Therapist,
DR. JOSEPH W. WRIGHT, CDOC Medical Doctor,
DR. JAMES MICHAUD, Chief of Mental Health, CDOC,
JAMES A. OLSON, Case Manager III, CDOC,
DR. JOHN E. WESTCOT, CDOC Psychiatrist,
ZITA L. WEINSHIENK, U.S. District Judge, and
KATHLEEN BOYD, CDOC Nurse Practitioner,

        Defendants.

ORDER TO CURE DEFICIENCY

Brimmer, Judge

    Plaintiff submitted a Motion to Proceed In Forma Pauperis on Appeal; Motion Requesting Extension of Time to File Notice of Appeal; Motion Requesting Clarification of This Court's Order of Dismissal Filed on October 18, 2010, on November 15, 2010, which is now being treated as a Notice of Appeal. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if wishes to pursue this appeal.

**(A)    Filing Fee**
      <u> X </u>   is not submitted

**(B)** **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:

  X    is not submitted
  __   is missing affidavit
  __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
  __   is missing required financial information
  __   is missing an original signature by the prisoner
  __   is not on proper form (must use the court's current form)
  __   other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado, this 22nd day of November, 2010.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge